AO 245D (Rev. 6/05)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of Ohio at

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Raymond L. Conn** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number:  **1:05CR400**<br>USM Number:  unknown<br>Carlos Warner<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]     admitted guilt to violation of conditions of the term of supervision.

    The Court adopts the Magistrate's Report and Recommendation filed on 9/22/2006 (docket #6) and finds the defendant guilty of violating conditions of supervised release.

    IT IS ORDERED that the Court will continue defendant's supervision and directs the defendant to participate in the aftercare assessment and continue with his employment.

September 29, 2006
Date of Imposition of Sentence

*s/David D. Dowd, Jr.*
Signature of Judicial Officer

David D. Dowd, Jr., U.S. District Judge
Name & Title of Judicial Officer

October 2, 2006
Date